

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-17-00066-CV |
| IN THE INTEREST | § | |
| | § | Appeal from the |
| OF J.A.N., A CHILD | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM5440) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the Appellant is entitled to a new trial. We therefore reverse the judgment of the trial court below signed on February 17, 2017, and remand the cause for new trial, in accordance with this Court's opinion. It is further ordered that each party bear their own costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.